# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION NO. 1:07-CV-1164** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **TRUDY L. BOOKHARDT AKA** | : | |
| **TRUDY L. POLLARD**, | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 5th day of December, 2008, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 13) to confirm the October 2, 2008, United States Marshal sale of the foreclosed real property, located at 3800 Fox Chase Drive, Dover, Pennsylvania is GRANTED.  The United States Marshal is directed to execute and deliver to JAMES DEFORGLS OR ASSIGNS, their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of TRUDY L. BOOKHARDT AKA TRUDY L. POLLARD in and to the premises sold, located at 3800 Fox Chase Drive, Dover, Pennsylvania 17315.  Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge